## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | |
|---|---|
| LISA D. SKEENS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CASE NO.: 3:17-cv-2297-RCC** |
| | ) |
| HARTFORD LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lisa D. Skeens ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this _____ day of January, 2019.

/s/ *James D. McQueen, Jr.*
James D. McQueen, Jr. (WVSB No. 2507)
MCQUEEN DAVIS, PLLC
Century Bldg., Suite 200
314 Ninth Street
Huntington, West Virginia 25701
Phone: 304-522-1344
Email: jmcqueen@mcqueendavis.com
*Counsel for Plaintiff Lisa D. Skeens*

/s/ *Carrie G. Fenwick*
Carrie G. Fenwick, Esquire (WVSB No. 7164)
GOODWIN & GOODWIN, LLP
300 Summers Street, Suite 1500
PO Box 2107 Charleston, WV 25328
Phone: 304-346-7000
E-mail: cgf@goodwingoodwin.com
*Counsel for Defendant Hartford Life and Accident Insurance Company*

Grace R. Murphy, Esquire (ALSB No. 9782A64R)
William B. Wallheim, Jr., Esquire (ALSB No. 0443L74W)
MAYNARD COOPER & GALE, LLP
1901 Sixth Avenue North
2400 Regions/Harbert Plaza Birmingham, AL 35203
Phone: 205-254-1088
E-mail: gmurphy@maynardcooper.com

04707546.1

E-mail: wwahlheim@maynardcooper.com
*Counsel for Defendant Hartford Life and Accident*
*Insurance Company*